Jewel MARSHALL–MOSBY,
Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2009–3093.

United States Court of Appeals,
Federal Circuit.

May 22, 2009.

## ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Jose D. HERNANDEZ, Petitioner,

v.

DEPARTMENT OF the AIR
FORCE, Respondent.

No. 2009–3116.

United States Court of Appeals,
Federal Circuit.

May 22, 2009.

Gregory T. Rinckey, Tully, Rinckey & Associates, PLLC, Albany, NY, for Petitioner.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Ammiana L. KENARD, Petitioner,

v.

DEPARTMENT OF the ARMY,
Respondent.

No. 2009–3142.

United States Court of Appeals,
Federal Circuit.

May 22, 2009.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Vincent McGUIRE, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2009–3060.

United States Court of Appeals, Federal Circuit.

May 26, 2009.

**Robert L. POLLOCK, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2009–3143.

United States Court of Appeals, Federal Circuit.

May 22, 2009.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,